# PAPPALARDO
# & PAPPALARDO, LLP
### ATTORNEYS AT LAW

JOHN J. PAPPALARDO
JOHN D. PAPPALARDO

OF COUNSEL

ANGELO G. MACDONALD *
ALBERT W. CORNACHIO III
DANIEL T. MENTZER
JILL K. SANDERS *

222 BLOOMINGDALE ROAD
SUITE 301
WHITE PLAINS, NEW YORK 10605

TELEPHONE: (914) 725-7000
FACSIMILE: (914) 725-1700
WWW.PAPPALARDOLAW.COM

* ALSO ADMITTED IN NJ

December 23, 2024

*Via ECF &*
*Via Email McCarthy_NYSDChambers@nysd.uscourts.gov*
Hon. Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

          Re:    **United States v. Giuseppi Micciari**
                  **23-mj-07032**
                  **Request for Permission to Travel on Christmas Day 2024**

Dear Judge McCarthy:

      My office represents Giuseppi Micciari in the above-referenced matter. I am writing this letter to request that you grant my client permission to travel for the Christmas holiday. As the Court is aware, Mr. Micciari currently resides in White Plains, New York. He is currently on electronic monitoring, and he must stay at his residence at all times with a few exceptions.

      We are asking for the Court's permission for him to travel as follows: On Wednesday, December 25, 2024, he would leave his residence at 2pm and arrive back home no later than 11:30pm. He would travel by car to a relative's home in New City, New York (this is Mr. Micciari's mother's cousin). No minor children will be in attendance.

      I have advised AUSA Marcia Cohen and Officer Andrew Abbott have no objection to this request, and I have provided Officer Abbott with the name and full address for the host of the Christmas dinner.

      Thank you in advance for your review and consideration in this matter.

Respectfully submitted,

*/s/ Jill K. Sanders*

Jill K. Sanders
Email: jsanders@pappalardolaw.com

**APPLICATION GRANTED**

*/s/ Judith C. McCarthy*
Hon. Judith C. McCarthy

12-23-2024